Isaac Bork, appellee, v. Oscar E. Hokin, appellant. Gen. No. 8,216.

Heard in this court at the May term, 1930. Opinion filed September 6, 1930.

Weil, Bartley & Weil, for appellant; Herbig Younge, of counsel.
Shelton F. McGrath, for appellee; Arthur B. Copeland, of counsel.
Mr. Justice Boggs delivered the opinion of the court.